IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br><br><br>vs.<br><br>STEPHEN DURRANT,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br><br>Case No. 2:02-CR-33 TS |

This matter is before the Court on Defendant Stephen Durrant's *Pro Se* Motion for Early Termination of Supervised Release, filed September 14, 2007.[1]  The government agrees the early termination is appropriate in this case.  Having considered the file, the circumstances presented by this case, and being otherwise fully informed, the Court will grant Defendant's Motion, as set forth below.

BACKGROUND

On February 13, 2003, Defendant pleaded guilty to count 2 of the Indictment.  Defendant was sentenced on May 29, 2003, to a 41-month term of incarceration, to be followed by a 36-

_____

[1]Docket No. 31.

1

month term of supervised release.  Judgment was entered that same day.  Defendant began his term of supervised release on March 30, 2006.

DISCUSSION

18 U.S.C. §§ 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is 1) warranted by the conduct of an offender and 2) is in the interest of justice.  In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

The Court has considered these factors, has reviewed the docket and case file, and has consulted with Defendant's supervising officer.  It has been represented to the Court that Defendant has: completed the RDAP program, completed six months of outpatient substance abuse treatment through ISAT, participated in twenty marital and individual therapy sessions, completed various training courses, and has done very well on supervised release.

The Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

CONCLUSION

Based upon the above, it is hereby

ORDERED that Defendant's *Pro Se* Motion for Early Termination of Supervised Release (Docket No. 31) is GRANTED; it is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately, and this case shall be closed.

SO ORDERED.

DATED this 19th day of September,  2007.

BY THE COURT:

_____
TED STEWART
United States District Judge